UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAN P. JUMONVILLE | CIVIL ACTION |
| VERSUS | NO. 06-4022 |
| CITY OF KENNER, ET AL. | SECTION "S"(3) |

**O R D E R**

The Court, after considering the parties' submissions regarding defendants' application for attorneys' fees, the entirety of the record, the applicable law, the Magistrate Judge's Report and Recommendation [Doc. #63] and the absence of any objections thereto, hereby approves the aforesaid Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that defendants' Application for an Award of Attorney's Fees and Costs filed pursuant to 42 U.S.C. § 1988 be GRANTED in the **total amount of $18,613.14** (*i.e.*, $18,450.94 for attorneys' fees plus $162.20 for costs).

New Orleans, Louisiana, this 2nd day December , 2009.

UNITED STATES DISTRICT JUDGE